1  ALEX G. TSE (CABN 152348)
   United States Attorney
2  SARA WINSLOW (DCBN 457643)
   Chief, Civil Division
3  DAVID A. PEREDA (CABN 237982)
   Assistant United States Attorney
4       1301 Clay Street, Suite 340S
        Oakland, CA 94612
5       Telephone: (510) 637-3701
        FAX: (510) 637-3724
6       David.Pereda@usdoj.gov

7  Attorneys for Federal Respondents

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| DUNG VU TRAN, | ) |
| | ) C 18-2643 HSG |
| Petitioner, | ) |
| | ) |
| v. | ) **STIPULATION RE DISMISSAL; ORDER** |
| | ) |
| ERIK BONNAR, et al., | ) |
| | ) |
| Respondents. | ) |

| | |
|---|---|
| 1 | Through their counsel of record, Petitioner Dung Vu Tran and Defendants Erik Bonnar, Thomas |
| 2 | D. Homan, and Kisrtjen Nielsen hereby stipulate to dismiss Mr. Tran's Petition for Writ of Habeas Corpus |
| 3 | with Request to Issue Order to Show Cause. The case is moot since Mr. Tran has received the relief he |
| 4 | sought through this action. *See* ECF Nos. 17-19. |
| 5 | Each party is to bear her/its own costs and attorney's fees. |
| 6 | IT IS SO STIPULATED. |

Respectfully submitted,

ALEX G. TSE
United States Attorney

Date: September 18, 2018

/s/ *David Pereda*
David Pereda
Assistant United States Attorney
Attorneys for Federal Respondents

VAN DER HOUT, et al.

/s/ *Zachary Nightingale**
ZACHARY NIGHTINGALE
Attorney for Petitioner

\* In compliance with Civil Local Rule 5-1(i)(3), the filer of this document attests under penalty of perjury that each signatory has concurred in the filing of this document.

**ORDER**

Pursuant to the parties' Stipulation, Petitioner Dung Vu Tran's action is hereby dismissed as moot. Each party is to bear his or her own costs and attorneys' fees.

IT IS SO ORDERED.

Dated: 9/19/2018

Haywood S. Gilliam, Jr.
United States District Judge

STIPULATION; ORDER     1
C 18-2643 HSG